**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LISA CACERES, *individually and on behalf of all others similarly situated*

                            Plaintiff,

      - against -

STELLAR COLLECTION SERVICES INC.,

                         Defendant.
-----------------------------------------------------------------X

FILED
CLERK
3:06 pm, Sep 28, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFAULT JUDGMENT**
CV 17-3537 (JMA)(AKT)

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 27, 2018, granting plaintiff's motion for default judgment against Stellar Collection Services Inc., directing the Clerk of the Court to enter judgment against Defendant as follows: Defendant is liable to plaintiff Lisa Caceres for $500.00 in statutory damages and $5,235.00 in attorneys' fees and costs, for a total of $5,735.00; and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Lisa Caceres' motion for default judgment is granted; that defendant Stellar Collection Services Inc., is liable to plaintiff Lisa Caceres for $500.00 in statutory damages and $5,235.00 in attorneys' fees and costs, for a total of $5,735.00; and that this case is closed.

Dated: Central Islip, New York
       September 28, 2018

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                            BY:    /S/ CHELSEA TIRADO
                                           DEPUTY CLERK